JOHN D. TIPPETT, INC., Respondent, v. UNIVERSAL PICTURES CORPORATION, Appellant.— Order unanimously modified by providing that the motion is granted

without prejudice to renewal on compliance with section 290, subdivision 4, of the Civil Practice Act, and as so modified affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.